ANTHONY P. SGRO, ESQ.
Nevada Bar No. 3811
JOSEPH S. MELORO, ESQ.
Nevada Bar No. 12256
SGRO & ROGER
720 S. Seventh Street, Third Floor
Las Vegas, Nevada 89101
Telephone: (702) 384-9800
Facsimile: (702) 665-4120
tsgro@sgroandroger.com
jmeloro@sgroandroger.com
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA;<br><br>Plaintiff,<br><br>v.<br><br>SYLVESTER MITCHELL,<br><br>Defendant. | 2:18-cr-00229-KJD-PAL<br><br>**ORDER REGARDING LEAVE TO FILE SEALED SUPPLEMENT TO SENTENCING MEMORANDUM** |

THIS MATTER having been submitted to this Court on January 9, 2020, through a Motion to File Exhibit 1 To Defendant's Sentencing Memorandum Under Seal, Memorandum in Support to File Supplement to Sentencing Memorandum Under Seal, and Supplement to Sentencing Memorandum. Defendant being represented by ANTHONY P. SGRO, ESQ., and JOSEPH S. MELORO, ESQ. of the law form of SGRO & ROGER.

The Court having reviewed the papers, and being appraised of the facts and matters herein; wherefore:

THE COURT HEREBY ORDERS that leave is granted to file Defendant's Supplement to Sentencing Memorandum that includes **Exhibit 1**, Confidential and HIPPA protected health

///

///

///

1 | information, attached thereto and incorporated therein by reference.
2 | IT IS HEREBY ORDERED.

_____
Kent J. Dawson