UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SYLVESTER MITCHELL,<br><br>Defendant. | Case No. 2:18-cr-00229-KJD-BNW<br><br>**ORDER** |

Presently before the Court is Defendant Sylvester Mitchell's Motion for Appointment of Counsel (#51) and Motion to Seal Financial Affidavit (#52). Defendant requests this Court to appoint the Office of the Federal Public Defender and Assistant Federal Public Defender Heidi A. Ojeda to represent him in filing a motion for early termination of supervised release. (#51, at 1). However, since Defendant has already filed his Motion for Early Termination of Supervised Release (#54), which the Court granted, the Court finds this motion moot. (See #57).

Accordingly, **IT IS HEREBY ORDERED** that Defendant Mitchell's Motion for Appointment of Counsel (#51) is **DISMISSED** as **MOOT**.

**IT IS FURTHER ORDERED** that Defendant's Motion to Seal Financial Affidavit (#52) is **GRANTED**.

Dated this 9th day of September 2024.

_____
Kent J. Dawson
United States District Judge